IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BLAYDE GRAYSON**                                                                                                         **PETITIONER**

**VS.**                                                        **CIVIL ACTION NO.: 1:04CV708CWR**

**MARSHALL L. FISHER, Commissioner,**
**Mississippi Department of Corrections;**
**EARNEST LEE, Superintendent,**
**Mississippi State Penitentiary and JIM**
**HOOD, Attorney General of the State**
**of Mississippi**                                                               **RESPONDENTS**

## ORDER

This matter came before the Court on a *sua sponte* review of the docket of this case to determine whether another briefing schedule should be established. This case was stayed pending a return to state court to exhaust certain claims of ineffectiveness of counsel. Those claims have been exhausted, and the case has returned to this Court. After that return, the Court set a briefing schedule for the submission and briefing of an Amended Petition for Writ of Habeas Corpus, and that briefing has been completed. Recently, however, the Court disposed of a request for funding to obtain expert testimony. That disposition may lead to a need for additional briefing in this case; therefore, the Court is of the opinion that a deadline should be set to consider such a request.

IT IS, THEREFORE, ORDERED that, on or before December 1, 2015, Grayson either requests leave to submit a supplemental pleading in support of his Amended Petition for Writ of Habeas Corpus or notifies the Court that no further pleading is necessary. The usual deadlines will apply for the Respondents to oppose the motion for leave or notify the Court that no opposition will be filed, and for Grayson to submit any rebuttal in support of the motion for leave.

IT IS SO ORDERED, this the 26th day of August, 2015.

                                                               /s/ *Carlton W. Reeves*
                                                             Hon. Carlton W. Reeves
                                                             United States District Judge