IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BLAYDE GRAYSON**                                                                **PETITIONER**

**VS.**                                            **CIVIL ACTION NO. 1:04CV708 CWR**

**COMMISSIONER, MISSISSIPPI
DEPARTMENT OF CORRECTIONS
And LYNN FITCH, Attorney
General of the State of Mississippi**                                 **RESPONDENTS**

## ORDER SETTING BRIEFING SCHEDULE

This matter came before the Court on a review of the docket, which revealed that, although an Amended Petition and a Response had been filed, the Court had failed to set a schedule for further briefing.

**IT IS, THEREFORE, ORDERED**, as follows:

1. The Petitioner's brief in support of his Amended Petition for a Writ of Habeas Corpus [Doc. #104] is due within 120 days of the entry of this Order.

2. The Respondents' brief in support of their Answer to the Second Amended Writ of Habeas Corpus [Doc. #114] is due within 120 days of the filing of the Petitioner's brief.

3. The Petitioner may file a rebuttal brief within 45 days of the filing of the Respondents' brief.

**IT IS SO ORDERED**, this the 4th day of February, 2020.

                                                                              s/ Carlton W. Reeves
                                                                              UNITED STATES DISTRICT JUDGE