**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BLAYDE GRAYSON** | **PETITIONER** |
| **VS.** | **CIVIL ACTION NO.: 1:04CV708CWR** |
| **TIMOTHY MORRIS, Superintendent, Mississippi State Penitentiary; BURL CAIN, Commissioner, Mississippi Department of Corrections; and LYNN FITCH, Attorney General of the State of Mississippi** | **RESPONDENTS** |

## ORDER

This matter came before the Court on the Respondents' Second Unopposed Motion for an Extension of Time to File Brief in support of Answer to Second Amended [Petition for] Writ of Habeas Corpus [Doc. #123]. The Brief is currently due by January 15, 2021. By this Motion, the Respondents request an additional forty-five days to file their Brief, making it due on or before February 28, 2021. This is the second such request for an extension, and the Petitioner has no objection to this request. For this reason, as well as those advanced in the Motion, the Court is of the opinion that the Respondents' Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Respondents' Unopposed Motion for an Extension of Time to File Brief in support of Answer to Second Amended [Petition for] Writ of Habeas Corpus [Doc. #123] is hereby **granted**, and the Responsive Brief is due on or before February 28, 2021.

**IT IS SO ORDERED,** this the 8th day of January, 2021.

/s/ *Carlton W. Reeves*
Hon. Carlton W. Reeves
UNITED STATES DISTRICT JUDGE